The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CAMBRIA HORNE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAWN LINDELL, an individual; BRIAN BELGER, an individual; DAVID MAXFIELD, an individual; JOHN HANSEN, an individual,, <br><br> Defendants. | Case No. 2:25-cv-01606-JNW <br><br> STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

## STIPULATION

The Parties by and through their undersigned attorneys of record, hereby stipulate that Plaintiff Cambria Horne will file a First Amended Complaint on or around October 24, 2025. Further, the Parties stipulate that the deadline for Defendants Seattle City Light, City of Seattle, Dawn Lindell, Brian Belger, David Maxfield, and John Hansen to answer or otherwise respond to Plaintiff Cambria Horne's Complaint pursuant to Fed. R. Civ. P. 12 shall be 21 days after the date Plaintiff files her First Amended Complaint.

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
AND EXTEND DEADLINE FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
[NO. 2:25-CV-01606-JNW] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this October 14, 2025.

SEYFARTH SHAW LLP

By: */s/Lauren Parris Watts*
Lauren Parris Watts, Bar No. 44064

By: */s/Daniel O. Culicover*
Daniel O. Culicover, Bar No. 55085
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: lpwatts@seyfarth.com
dculicover@seyfarth.com

*Counsel for Defendants Seattle City Light, City of Seattle, Dawn Lindell, Brian Belger, David Maxfield, and John Hansen*

PFAU COCHRAN VERTETIS AMALA PLLC

By: */s/Darrell L. Cochran*
Darrell L. Cochran, WSBA No. 22851

By: /s/*Patrick A. Brown*
Patrick A. Brown, WSBA No. 56627
909 A Street, Suite 700
Tacoma, WA 98402
Phone: (253) 777-0799
Email: darrell@pcvalaw.com
pbrown@pcvalaw.com

*Counsel for Plaintiff Cambria Horne*

**IT IS SO ORDERED**

Dated this 16th day of October, 2025

_____
UNITED STATES DISTRICT JUDGE
JAMAL N. WHITEHEAD

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [NO. 2:25-CV-01606-JNW] - 2
320814943v.3

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910