The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| CAMBRIA HORNE, an individual , | Case No. 2:25-cv-01606-JNW |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAWN LINDELL, an individual; BRIAN BELGER, an individual; DAVID MAXFIELD, an individual; JOHN HANSEN, an individual,, | |
| Defendants. | |

TO:        Plaintiff and her counsel of record, Darrell L. Cochran and Patrick A. Brown

AND TO:        The Clerk of the Court

PLEASE TAKE NOTICE that Kaitlyn "Katie" Gould of Seyfarth Shaw LLP appears in the above-captioned action as counsel of record, alongside of Lauren Parris Watts and Daniel O. Culicover for Defendants Seattle City Light, City of Seattle, Dawn Lindell, Brian Belger, David Maxfield,  and John Hansen, collectively ("Defendants").  The Defendants do not waive any objection as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorneys.

NOTICE OF APPEARANCE – KATIE GOULD
[NO. 2:25-CV-01606-JNW] - 1

Service of further pleadings, notices, documents, or other papers in this matter, exclusive of original process, may be made upon Defendants by serving the undersigned attorneys of record at the address below.

Respectfully submitted this June 17th, 2026.

SEYFARTH SHAW LLP


By: */s/Katie Gould*
    Kaitlyn M. Gould, Bar No. 58622
    Lauren Parris Watts, Bar No. 44064
    Daniel O. Culicover, Bar No. 55085
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone:   (206) 946-4910
    Email: kgould@seyfarth.com
          lpwatts@seyfarth.com
          dculicover@seyfarth.com

*Counsel for Defendants Seattle City Light / City of Seattle, Dawn Lindell, Brian Belger, David Maxfield, and John Hansen*

NOTICE OF APPEARANCE – KATIE GOULD
[NO. 2:25-CV-01606-JNW] - 2

326637992v.1