The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CAMBRIA HORNE, an individual, | Case No. 2:25-cv-01606-JNW |
| Plaintiff, | STIPULATED MOTION BY ALL PARTIES TO AMEND CASE SCHEDULE |
| v. | |
| SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAWN LINDELL, an individual, BRIAN BELGER, an individual; DAVID MAXFIELD, an individual; JOHN HANSEN, an individual. | |
| Defendants. | |

Come now all parties, by and through their undersigned counsel of record, and make the following stipulated motion to amend the current expert disclosure deadlines.

### STIPULATED MOTION TO AMEND CASE SCHEDULE

Pursuant to Local Civil Rule ("LCR") 16(b)(6), the parties have good cause to amend the expert disclosure deadlines herein. The written discovery in this matter has taken substantial time. Further, and most notably, parties have agreed to an independent medical examination ("IME") pursuant to Fed. R. Civ. P. 35. The need to schedule and prepare the IME, along with continuing discovery, makes the current expert disclosure deadlines unworkable.

STIPULATED MOTION BY ALL PARTIES
TO AMEND CASE SCHEDULE
CASE NO. 2:25-CV-01606-JNW - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

The parties agree that the following case deadlines should be amended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2). | August 3, 2026 | October 4, 2026 |
| Disclosure of rebuttal expert evidence including any vocational expert [all rebuttal expert disclosures and reports, except for economic damages]. | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |

Respectfully submitted this 9th day of July, 2026 by the parties noted herein:

PFAU COCHRAN VERTETIS AMALA PLLC

BY:


*/s/ Darrell Cochran*
    Darrell L. Cochran, Bar No. 22851

*/s/ Patrick Brown*
    Patrick A. Brown, Bar No. 56627
    909 A Street, Suite 700
    Tacoma, WA 98402
    Phone:  (253) 777-0799
    Email:  darrell@pcvalaw.com
             pbrown@pcvalaw.com


*Counsel for Plaintiff Cambria Horne*

SEYFARTH SHAW LLP

BY:


*/s/ Lauren Parris Watts*
    Lauren Parris Watts, Bar No. 44064

*/s/ Daniel Culicover*
    Daniel O. Culicover, Bar No. 55085

*/s/ Katie Gould*
    Katie Gould, Bar No. 58622
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone:  (206) 946-4910
    Email:  lpwatts@seyfarth.com
             dculicover@seyfarth.com
             kgould@seyfarth.com


*Counsel for Defendants Seattle City Light, City of Seattle and David Maxwell*

STIPULATED MOTION BY ALL PARTIES
TO AMEND CASE SCHEDULE
CASE NO. 2:25-CV-01606-JNW - 2
327047232v.1