The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CAMBRIA HORNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAWN LINDELL, an individual, BRIAN BELGER, an individual; DAVID MAXFIELD, an individual; JOHN HANSEN, an individual.<br><br>Defendants. | Case No. 2:25-cv-01606-JNW<br><br>[PROPOSED] ORDER GRANTING AMENDED CASE SCHEDULE |

## ORDER GRANTING AMENDED CASE SCHEDULE

The Court, having reviewed the parties' Stipulated Motion to Amend Case Schedule, dated July 8, 2026, and all exhibits thereto, GRANTS the motion and enters an amended scheduling order, listed below.

The Court STRIKES the previous expert disclosure deadlines and will enter the below Amended Schedule within seven (7) days of the filing of this ORDER.

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2). | August 3, 2026 | October 4, 2026 |
| Disclosure of rebuttal expert evidence including any vocational expert [all rebuttal expert disclosures and reports, except for economic damages]. | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |

[PROPOSED]ORDER GRANTING AMENDED CASE SCHEDULE
CASE NO. 2:25-CV-01606-JNW - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

Dated this 13th day of July, 2026

Jamal N. Whitehead
United States District Judge

[PROPOSED]ORDER GRANTING AMENDED CASE SCHEDULE
CASE NO. 2:25-CV-01606-JNW - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910