Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

CAMBRIA HORNE, an individual,

Plaintiff,

v.

SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAVID MAXFIELD, an individual.

Defendants.

Case No. 2:25-cv-01606-JNW

ORDER GRANTING STIPULATED MOTION TO AMEND DISCOVERY MOTIONS DEADLINE

**ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE**

The Court, having reviewed the parties' Stipulated Motion to Amend Case Schedule, dated August 31, 2026, GRANTS the motion and enters an amended scheduling order, listed below.

The Court STRIKES the prior deadline to submit discovery motions and ENTERS the following amended schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to Submit Discovery Motions | September 2, 2026 | September 16, 2026 |

Dated this 1st day of September, 2026

Honorable Jamal N. Whitehead



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Presented by:

**SEYFARTH SHAW LLP**

Lauren Parris Watts, Bar No. 44064
Daniel O. Culicover, Bar No. 55085
Katie Gould, Bar No. 58622
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: lpwatts@seyfarth.com
dculicover@seyfarth.com
kgould@seyfarth.com

*Counsel for Defendant Seattle City Light, City of Seattle, and David Maxfield*

**PFAU COCHRAN VERTETIS AMALA PLLC**

Darrell L. Cochran, Bar No. 22851
Patrick A. Brown, Bar No. 56627
909 A Street, Suite 700
Tacoma, WA 98402
Phone: (253) 777-0799
Email: darrell@pcvalaw.com
pbrown@pcvalaw.com

*Counsel for Plaintiff Cambria Horne*