Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

CAMBRIA HORNE, an individual,

Plaintiff,

v.

SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAVID MAXFIELD, an individual.

Defendants.

Case No. 2:25-cv-01606-JNW

ORDER GRANTING NOTICE OF WITHDRAW AND SUBSTITUTION OF COUNSEL FOR DEFENDANT DAVID MAXFIELD

**ORDER GRANTING NOTICE OF WITHDRAW AND SUBSTITUTION**

The Court, having reviewed the Defense Counsels' Notice of Withdraw and Substitution of Counsel for Defendant David Maxfield. It is hereby ordered that Lauren Parris Watts, Daniel O. Culicover, and Katie Gould of Seyfarth Shaw LLP are hereby withdrawn from being counsel for Defendant David Maxwell and Rachael R. Wallace and Joshua Harms of Stokes Lawrence, P.S. are hereby substituted as counsel for Defendant David Maxfield.

Dated this 15th day of September, 2026

Honorable Jamal N. Whitehead



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Presented by:

**SEYFARTH SHAW LLP**

Lauren Parris Watts, Bar No. 44064
Daniel O. Culicover, Bar No. 55085
Katie Gould, Bar No. 58622
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: lpwatts@seyfarth.com
dculicover@seyfarth.com
kgould@seyfarth.com

*Counsel for Defendant Seattle City Light, City of Seattle, and David Maxfield*

**STOKES LAWRENCE, P.S.**

Rachael R. Wallace, Bar No. 498778
Joshua Harms, Bar No. 55679
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 812-7472
Email: rachael.wallace@stokelaw.com
Joshua.Harms@stokeslaw.com

*Counsel for David Maxfield*