UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMBRIA HORNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE CITY LIGHT, CITY OF SEATTLE, a municipality; DAWN LINDELL, an individual; BRIAN BELGER, an individual; DAVID MAXFIELD, an individual; JOHN HANSEN, an individual,<br><br>Defendants. | CASE NO. 2:25-cv-01606-JNW<br><br>AMENDED SCHEDULING ORDER |

For good cause shown, the Court GRANTS the Parties' stipulated motion to continue trial and related dates. Dkt. No. 39. The Court STRIKES the previous scheduling order and enters the Amended Scheduling Order below. The Court notes that the Parties' proposed dispositive motions deadline fell on a Sunday, and their proposed trial date fell on a federal holiday. The Court modified the proposed schedule to address those issues.

| Deadline | Original Deadline | Revised Deadline |
|---|---|---|
| All motions related to discovery must be filed by | September 16, 2026 | March 16, 2027 |
| Discovery completed by | October 2, 2026 | April 2, 2027 |
| Settlement conference held no later than | December 31, 2026 | June 30, 2027 |
| All dispositive motions must be filed by and noted on the motion calendar for no earlier than twenty-eight days after filing (see LCR 7(d)(4)) | November 2, 2026 | May 3, 2027 |
| All motions in limine must be filed by and noted on the motion calendar for no earlier than fourteen days after filing. Replies will be accepted. | January 20, 2027 | August 23, 2027 |
| Agreed pretrial order due | February 8, 2027 | September 13, 2027 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | February 16, 2027 | September 20, 2027 |
| Trial | March 1, 2027 | October 12, 2027 |

Dated this 7th day of October, 2026.

Jamal N. Whitehead
United States District Judge